469 A.2d 309

Commonwealth v. Pugh, Appellant.

Submitted October 14, 1983. John H. Moore, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Erie County President Judge James B. Dwyer is affirmed.

CAVANAUGH, J., concurred in the result.